

# NUMBER 13-22-00105-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FIDEL ARGUELLES JR.,                                      Appellant,

v.

HOLLYWOOD DEVELOPMENT,                                    Appellee.

On appeal from the County Court at Law No. 6
of Hidalgo County, Texas.

# MEMORANDUM OPINION

Before Justices Longoria, Hinojosa, and Silva
Memorandum Opinion by Justice Silva

This cause is before the Court on its own motion. On August 1, 2022, the Clerk of the Court advised appellant Fidel Arguelles Jr. that his brief was due by August 31, 2022. On September 9, 2022, and again on September 26, 2022, the Clerk notified the appellant that the brief had not been timely filed and that the appeal would be dismissed for want of prosecution unless appellant reasonably explained the failure to timely file a brief and

the appellee would not be significantly injured by a late filing. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c). Each of the Clerk's notices required appellant to provide a response within ten days. However, appellant has not responded to either notice or filed the brief in this matter. Accordingly, on its own motion, the Court dismisses the appeal for want of prosecution and because appellant failed to comply with the requirements of the appellate rules and directives from the Clerk. *See id.* R. 38.8(a)(1), 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
27th day of October, 2022.

2